IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>2004 YUKON DENALI, LICENSE NUMBER 5RYR294, VIN: 1GKEK63U44J262979;<br><br>APPROXIMATELY $27,820.00 IN U.S. CURRENCY; and<br><br>APPROXIMATELY $37,100.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | CV F 06 0870 OWW GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (DOC 46) |

　　　Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(3) and 72-303.

　　　Pending before the Court is a motion for Default Judgment against Esteban Bravo Jimenez and Miguel Angel Ortega-Carrasco.

1

1  The *ex parte* application filed on July 23, 2007, included a supporting memoranda, stipulation and order for final judgment, and stipulation for expedited settlement. No defendant or claimant has filed any opposition to the motion. The hearing on this motion was vacated, and the matter has been submitted to the Court for decision.

On November 9, 2007, amended findings and recommendations were entered by the Magistrate Judge, recommending that the motion for default judgment be granted and that final judgment of forfeiture be entered for the United States.   The parties were granted thirty days within which to file objections to the findings and recommendations.  No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. Plaintiff's motion for default judgment against potential claimants Esteban Bravo Jimenez and Miguel Angel Ortega-Carrasco, BE GRANTED; and

2. Plaintiff IS ENTITLED TO, and the Clerk BE DIRECTED TO ENTER, a judgment that condemns and forfeits the interests of all claimants and potential claimants, including potential claimants Esteban Bravo Jimenez and Miguel Angel Ortega-Carrasco, in the defendant currency and the defendant vehicle to the United States of America pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6), and which recognizes that all persons claiming any right, title, or

interest in or to the defendant currency and defendant vehicle have DEFAULTED and no longer have any right, title, or interest in the defendant property whatsoever; and

      3.  The Clerk of the Court ENTER final judgment of forfeiture for Plaintiff United States of America.

IT IS SO ORDERED.

**Dated:   January 23, 2008**              /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE