McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CV-00870-OWW-GSA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFAULT JUDGMENT OF FORFEITURE** |
| ) | **AND FINAL JUDGMENT OF FORFEITURE** |
| 2004 YUKON DENALI, LICENSE ) | |
| NUMBER 5RYR294, VIN: ) | |
| 1GKEK63U44J262979; ) | |
| ) | |
| APPROXIMATELY $27,820.00 IN U.S. ) | |
| CURRENCY; and ) | |
| ) | |
| APPROXIMATELY $37,100.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed July 23, 2007. The Magistrate Judge has recommended that Plaintiff's motion for default judgment be granted. The time for objecting to the Amended Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting Findings and Recommendations on Government's Application for Default Judgment was filed on January 25, 2008. Based on the Magistrate Judge's Amended Findings and Recommendations on Government's Application for Default Judgment, the Order Adopting Findings and Recommendations on Government's Application for Default Judgment, and the files and records of the Court, it is

ORDERED AND DECREED:

1. After a *de novo* review, the Court adopts the Magistrate Judge's November 9, 2007 Amended Findings and Recommendations in full.

2. Esteban Bravo Jimenez and Miguel Angel Ortega-Carrasco are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant 2004 Yukon Denali, License Number 5RYR294, VIN: 1GKEK63U44J262979 (hereafter "defendant vehicle"); the defendant approximately $27,820.00 in U.S. Currency; and, the defendant approximately $37,100.00 in U.S. Currency of Esteban Bravo Jimenez and Miguel Angel Ortega-Carrasco and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant vehicle; the defendant approximately $27,820.00 in U.S. Currency; and, the defendant approximately $37,100.00 in U.S. Currency to the United States of America, to be disposed of according to law, including all right, title, and interest of Esteban Bravo Jimenez and Miguel Angel Ortega-Carrasco, subject to the interest of Claimant Bonilla Auto Sales (hereafter "Bonilla") pursuant to the Stipulation for Expedited Settlement and Order Thereon filed on June 13, 2007, and subject to the interest of Claimant Nestor Amavizca Obergon (hereafter "Obergon") pursuant to the Stipulation for Final Judgment of Forfeiture filed on July 23, 2007.

5. Title to the defendant vehicle shall vest solely in the name of the United States of America, subject to the interest of Claimant Bonilla.

6. Pursuant to the Stipulation for Expedited Settlement and Order Thereon filed on June 13, 2007, Claimant Bonilla shall be paid directly from the proceeds of the sale, after payment of outstanding expenses of custody and sale incurred by the United States Marshals Service, in full settlement and satisfaction of their claim, the following:

    a. All unpaid principal due to Bonilla in the amount of $12,105.00, pursuant to the Sales and Purchase Agreement dated January 3, 2006.

    b. Upon payment of the principal amount owed, Claimant Bonilla agrees to waive any interest due.

    c. Claimant Bonilla agrees to waive all attorneys' fees under 28 U.S.C. § 2465.

      7.     All right, title, and interest in the defendant approximately $27,820.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

      8.     All right, title, and interest in $35,000.00 of the defendant approximately $37,100.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

      9.     Upon entry of this Default Judgment and Final Judgment of Forfeiture, but no later than 45 days thereafter, $2,100.00 of the defendant approximately $37,100.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to Claimant Nestor Amavizca Obergon through his attorney David R. Houston at 432 Court Street, Reno, NV 89501.

      10.    All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   February 13, 2008**          /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE